SAM CATES V. THE STATE.

No. 6869.  Decided February 22, 1922.

**Murder—Escape—Practice on Appeal.**

Under article 912, C. C. P., the jurisdiction of this court no longer attaches in view of the escape pending appeal, and the appeal is therefore dismissed.

Appeal from the District Court of Lubbock.  Tried below before the Honorable W. R. Spencer.

Appeal from a conviction of murder; penalty, fourteen years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

HAWKINS, JUDGE.—Conviction is for murder.. Penalty, fourteen years in the penitentiary.

Appellant was tried at the June term of court, 1921.  The motion for new trial was overruled, and notice of appeal given on July 7th, 1921.  Court adjourned on September 3d, 1921.  It is made to appear that on September 29th, 1921, appellant escaped from the jail of Lubbock County where he was confined, and remained at liberty until January 26th, 1922, when he was recaptured and again incarcerated.

Under Article 912, C. C. P. the jurisdiction of this court no longer attaches in view of the escape pending appeal, and the appeal is therefore dismissed.

*Dismissed.*